AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Rico Ferro and Angelina S. Ferro
        Plaintiffs,

-against-

**APPEARANCE**

Case Number: 07 CIV 4853

SHUTTLE AMERICA COPRORATION

d/b/a United Express and

Republic Airways Holdings, INC.

        Defendants,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SHUTTLE AMERICA COPRORATION
d/b/a United Express and
Republic Airways Holdings, INC.

I certify that I am admitted to practice in this court.

| 8/16/2007 | *Alison L. McKay* (signature) |
| Date | Signature |
| | Alison L. McKay — AM5337 |
| | Print Name — Bar Number |
| | 445 Park Avenue, 9th Floor |
| | Address |
| | New York — NY — 10022-8632 |
| | City — State — Zip Code |
| | (212) 385-1215 — (212) 608-1215 |
| | Phone Number — Fax Number |

## DECLARATION OF SERVICE

Alison L. McKay, an attorney duly admitted to practice before the Courts of the state of New York as well as before the Southern District of the U.S. District Court of New York, states the following under penalty of perjury:

1. I am an associate at the Law Offices of Paul A. Lange, LLC, counsel to Defendant SHUTTLE AMERICA CORPORATION, d/b/a UNITED EXPRESS, and REPUBLIC AIRWAYS HOLDINGS INC., in this action;

2. That on this 16th day of August, 2007, I served the enclosed Appearance by mailing a true copy thereof via First Class U.S. Mail to:

    Robert J. Spragg, Esq.
    Megan Benett, Esq.
    Kreindler & Kreindler, LLP
    100 Park Avenue
    New York, NY 10017

3. I declare under the penalty of perjury that the foregoing is true and correct

_____
Alison L. McKay