LOPAL LLC                Fax:203-375-9397         Aug 13 2007 12:53pm  P002/002

LAW OFFICES OF
# Paul A. Lange, LLC

**ORIGINAL**

80 FERRY BOULEVARD
STRATFORD, CT 06615-6079
203-375-7724
203-375-9397 FAX

445 PARK AVENUE, 9th FLOOR
NEW YORK, NY 10022-8632
212-385-1215
212-608-1215 FAX

Please Reply To: CT Office
Writer's Direct Extension: 109
E-Mail: AMW@lopal.com
www.lopal.com

August 13, 2007

DOC # 5

Hon. Victor Merrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Ferro v. Shuttle America Corp., et al.
          Index No. 07 CIV 4853

Your Honor:

**MEMO ENDORSED**

    Defendants, Shuttle America Corporation and Republic Airways Holding, Inc. (hereinafter "Defendants"), by and through their attorneys Law Offices of Paul A. Lange, LLC, respectfully request the Court's permission to file their Answer to Plaintiffs' Complaint dated June 7, 2007, in a paper copy. The deadline to file their Answer to Complaint is today, August 13, 2007. Defendants are ready to file their Answer, however, the firm's registration for electronic filing is being processed and it may take up to 48 hours for the registration process to be completed. Thus, it is impossible to electronically file Answer to Plaintiffs' Complaint without missing the Court's deadline.

    For the foregoing reason, Defendants respectfully request the Court's permission to their Answer to Plaintiffs' Complaint in a paper copy.

MICROFILM

AUG 16 2007

Sincerely,

Ania M. Wroblewska
AM1904

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 8-20-07. This extension should enable defendants' counsel to register and file the answer electronically.
SO ORDERED.
8-13-07
DATE
VICTOR MARRERO, U.S.D.J.

FILED
AUG 15 2007
S.D. OF N.Y.

AMW/lls