AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

Rico Ferro and Angelina S. Ferro

                      Plaintiffs,

    -against-

SHUTTLE AMERICA COPRORATION

d/b/a United Express and

Republic Airways Holdings, INC.

                    Defendants,

**APPEARANCE**

Case Number:  07 CIV 4853

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SHUTTLE AMERICA COPRORATION
d/b/a United Express and
Republic Airways Holdings, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/16/2007 | _(signature)_ |
| Date | Signature |
| | Paul A. Lange        PL 2078 |
| | Print Name        Bar Number |
| | 445 Park Avenue , 9th Floor |
| | Address |
| | New York    NY    10022-8632 |
| | City    State    Zip Code |
| | (212) 385-1215     (212) 608-1215 |
| | Phone Number     Fax Number |

## DECLARATION OF SERVICE

Paul A. Lange, an attorney duly admitted to practice before the Courts of the state of New York as well as before the Southern District of the U.S. District Court of New York, states the following under penalty of perjury:

1.   I am Principle at the Law Offices of Paul A. Lange, LLC, counsel to Defendant SHUTTLE AMERICA CORPORATION, d/b/a UNITED EXPRESS, and REPUBLIC AIRWAYS HOLDINGS INC., in this action;

2.   That on this 16th day of August, 2007, I served the enclosed Appearance by mailing a true copy thereof via First Class U.S. Mail to:

     Robert J. Spragg, Esq.
     Megan Benett, Esq.
     Kreindler & Kreindler, LLP
     100 Park Avenue
     New York, NY 10017

3.   I declare under the penalty of perjury that the foregoing is true and correct

                                        _____
                                              Paul A. Lange