UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x

RICO FERRO and ANGELINA S. FERRO,   Civil No. 07 CIV 4853

    Plaintiffs,

  - against –
SHUTTLE AMERICA CORPORATION,
d/b/a UNITED EXPRESS, and    RULE 7.1 DISCLOSURE
REPUBLIC AIRWAYS HOLDINGS INC.,    STATEMENT

    Defendants.

--------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, Defendants SHUTTLE AMERICA CORPORATION and REPUBLIC AIRWAYS HOLDINGS INC. by and through their attorneys, LAW OFFICES OF PAUL A. LANGE and ADLER MURPHY & MCQUILLEN LLP, hereby state as follows:

(1) Republic Airways Holdings Inc., a publicly traded corporation, is the parent corporation of Shuttle America Corporation. Republic Airways Holdings Inc. owns 10 percent or more of Shuttle America Corporation; and

(2) Republic Airways Holdings Inc. is not owned by any parent corporation and no publicly traded corporation owns more than 10 percent of Republic Airways Holdings Inc.

Date: August 17, 2007

SHUTTLE AMERICA CORPORATION and
REPUBLIC AIRWAYS HOLDINGS INC.

BY: _____
  Paul A. Lange NY PL 2078
  Ania M. Wroblewska NY AW1904
  Law Offices of Paul A. Lange, LLC
  445 Park Avenue, 9th Floor
  New York, NY 10022-8632
  (212) 385-1215

        (212) 608-1215 (fax)

        -and-

        Michael G. McQuillen
        Kevin W. Murphy
        Kerry A. Bute
        ADLER MURPHY & McQUILLEN LLP
        One North LaSalle Street, Suite 2300
        Chicago, IL 60602
        (312) 345-0700

To:
    Robert J. Spragg, Esq.
    Megan Benett, Esq.
    Kreindler & Kreindler, LLP
    100 Park Avenue
    New York, NY 10017

## DECLARATION OF SERVICE

Paul A. Lange, an attorney duly admitted to practice before the Courts of the state of New York as well as before the Southern District of the U.S. District Court of New York, states the following under penalty of perjury:

1. I am Principle at the Law Offices of Paul A. Lange, LLC, counsel to Defendant SHUTTLE AMERICA CORPORATION, d/b/a UNITED EXPRESS, and REPUBLIC AIRWAYS HOLDINGS INC., in this action;

2. That on this 17th day of August, 2007, I served the enclosed Rule 7.1 Disclosure Statement by mailing a true copy thereof via First Class U.S. Mail to:

    Robert J. Spragg, Esq.
    Megan Benett, Esq.
    Kreindler & Kreindler, LLP
    100 Park Avenue
    New York, NY 10017

3. I declare under the penalty of perjury that the foregoing is true and correct

_____
Paul A. Lange