UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- x

RICO FERRO and ANGELINA S. FERRO,                Civil No. 07 CIV 4853

          Plaintiffs,

  -  against –

SHUTTLE AMERICA CORPORATION,
d/b/a UNITED EXPRESS, and
REPUBLIC AIRWAYS HOLDINGS INC.,

          Defendants.

----------------------------------------------------- x

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

I, Ania M. Wroblewska, am legal counsel representing Shuttle America Corporation and Republic Airways Holdings Inc., (collectively, "Defendants") in the above entitled and numbered cause. I am seeking permission to withdraw as counsel for the Defendants and wish to be relieved of any future professional obligation, responsibility or duty to the Defendants.

Dated:    August 26, 2007

                                        Respectfully submitted,

                                        By: _____
                                        Ania M. Wroblewska AW1904
                                        Law Offices of Paul A. Lange, LLC
                                        80 Ferry Boulevard
                                        Stratford, CT 06615
                                        (203) 375-7724
                                        (203) 375-9397 Fax
                                        AMW@lopal.com

## DECLARATION OF SERVICE

Ania M. Wroblewska, an attorney duly admitted to practice before the Courts of the state of New York as well as before the Southern District of the U.S. District Court of New York, states the following under penalty of perjury:

1. I am an Associate at the Law Offices of Paul A. Lange, LLC, counsel to Defendant SHUTTLE AMERICA CORPORATION, d/b/a UNITED EXPRESS, and REPUBLIC AIRWAYS HOLDINGS INC., in this action;

2. That on this 26th day of September, 2007, I served the enclosed Motion by mailing a true copy thereof via First Class U.S. Mail to:

   Robert J. Spragg, Esq.
   Megan Benett, Esq.
   Kreindler & Kreindler, LLP
   100 Park Avenue
   New York, NY 10017

3. I declare under the penalty of perjury that the foregoing is true and correct

_____
Ania M. Wroblewska