UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

RICO FERRO and ANGELINA S. FERRO,                    Civil No. 07 CIV 4853

       Plaintiffs,

  - against –

SHUTTLE AMERICA CORPORATION,
d/b/a UNITED EXPRESS, and
REPUBLIC AIRWAYS HOLDINGS INC.,

       Defendants.

-------------------------------------------------- x

## DECLARATION OF ANIA M. WROBLEWSKA

Ania M. Wroblewska declares:

1. I am a member of the Law Offices of Paul A. Lange, LLC, attorneys for the Defendants Shuttle America Corporation and Republic Airways Holdings Inc., (collectively "Defendants") in this action.

2. I request to withdraw my appearance as an attorney in this action because I will no longer be associated with the undersigned firm as of September 30, 2007.

3. No injury will result by my withdrawal to the Defendants in this action, or to any other party interested in this action.

4. It is in my best interest and in the best interest of the Defendants that our attorney-client relationship be terminated.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Dated:      September 26, 2007

Respectfully submitted,

By: _____
Ania M. Wroblewska AW1904
Law Offices of Paul A. Lange, LLC
80 Ferry Boulevard
Stratford, CT 06615
(203) 375-7724
(203) 375-9397 Fax
AMW@lopal.com