SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICO FERRO and ANGELINA  Plaintiff,
S. FERRO

7 cv 4853 (___)

- against -

SHUTTLE AMERICA            Defendant          ORDER FOR ADMISSION
CORPORATION                                   PRO HAC VICE
                                              ON ORAL MOTION

Upon the oral motion of __Paul A. Lange_____ attorney for
__SHUTTLE AMERICA CORPORATION_____ and said sponsor attorney's affidavit
declaration that applicant __Kevin W. Murphy__ is a member in good standing of
the bar(s) of the state(s) of __Illinois__ ;
and that applicant's contact information is as follows (please print):

Applicant's Name:  Kevin W. Murphy
Firm Name:         ADLER MURPHY & MCQUILLEN LLP
Address:           One North LaSalle, Suite 2300
City/State/Zip:    Chicago, Illinois 60602
Telephone/Fax:     (312) 345-0700
Email Address:     kmurphy@amm-law.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
__SHUTTLE AMERICA CORPORATION_____ in the above entitled action;

IT IS HEREBY ORDERED that __Kevin W. Murphy_____, is admitted to
practice pro hac vice as counsel for in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules
of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 19 October 2007
City, State: NY NY

United States District/Magistrate Judge
Victor Marrero

FILED
2007 OCT 19 AM 11:26
U.S. DISTRICT COURT
S.D. OF N.Y.

630077 $25 10-19-07 MG

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006