SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICO FERRO and ANGELINA S. FERRO    Plaintiff,

7 cv 4853 (__)

- against -

SHUTTLE AMERICA CORPORATION    Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the oral motion of __Paul A. Lange__ attorney for __SHUTTLE AMERICA CORPORATION__ and said sponsor attorney's affidavit declaration that applicant __Kerry A. Bute__ is a member in good standing of the bar(s) of the state(s) of __Illinois__;

and that applicant's contact information is as follows (please print):

Applicant's Name: Kerry A. Bute
Firm Name: ADLER MURPHY & MCQUILLEN LLP
Address: One North LaSalle, Suite 2300
City/State/Zip: Chicago, Illinois 60602
Telephone/Fax: (312) 345-0700
Email Address: kbute@amm-law.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __SHUTTLE AMERICA CORPORATION__ in the above entitled action;

IT IS HEREBY ORDERED that __Kerry A. Bute__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 19 October 2007
City, State: NY, NY

United States District/~~Magistrate~~ Judge
VICTOR MARRERO

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006