USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RICO FERRO and ANGELINA S. FERRO,   :
                                    :
                    Plaintiffs,     :   07 Civ. 4853 (VM)
                                    :
        - against -                 :   ORDER FOR REASSIGNMENT
                                    :   TO WHITE PLAINS
SHUTTLE AMERICA CORPORATION,        :
et al.,                             :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint filed in this matter and the discussion at the Court's initial conference with the parties herein the Court notes that plaintiffs ("Plaintiffs") assert that they are residents of Westchester County and that the events giving rise to the claims asserted in the underlying action occurred as a result of injuries Plaintiffs allegedly suffered during the landing at Washington, D.C.'s Dulles Airport of a flight of defendant's aircraft that Plaintiffs boarded in White Plains, New York. It therefore appears that in whole or in major part this action arose in Westchester County and Washington, D.C., and that all or substantial parts of the material events, documents, persons and potential witnesses related to this action are located in Westchester County and Washington, D.C. Accordingly, pursuant to Rule 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby

**ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         25 October 2007

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.