```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RICO FERRO and ANGELINA S. FERRO,   :
                                    :
                    Plaintiffs,     :    07 Civ. 4853 (VM)
                                    :
     - against -                    :    ORDER
SHUTTLE AMERICA CORPORATION,        :
et al.,                             :
                                    :
                    Defendants.     :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-07

**VICTOR MARRERO, United States District Judge.**

By Order dated October 25, 2007 the Court directed the Clerk of Court to transfer this case to White Plains and to remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of October 25, 2007 the Clerk of Court is directed to transfer this case to White Plains and remove it from this Court's list of pending cases.

**SO ORDERED.**

Dated:   New York, New York
         9 November 2007

                                        _____
                                        VICTOR MARRERO
                                        U.S.D.J.