UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

RICO FERRO and ANGELINA S. FERRO,            Civil No. 07 CIV 4853

           Plaintiffs,

    - against –

SHUTTLE AMERICA CORPORATION,
d/b/a UNITED EXPRESS, and
REPUBLIC AIRWAYS HOLDINGS INC.,

           Defendants.

------------------------------------------------------ x

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11-20-07

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

I, Ania M. Wroblewska, am legal counsel representing Shuttle America Corporation and Republic Airways Holdings Inc., (collectively, "Defendants") in the above entitled and numbered cause. I am seeking permission to withdraw as counsel for the Defendants and wish to be relieved of any future professional obligation, responsibility or duty to the Defendants.

Dated:    August 26, 2007

Respectfully submitted,

By: _____
Ania M. Wroblewska AW1904
Law Offices of Paul A. Lange, LLC
80 Ferry Boulevard
Stratford, CT 06615
(203) 375-7724
(203) 375-9397 Fax
AMW@lopal.com

SO ORDERED: [handwritten: The motion of Ania M. Wroblewska is granted, leave to withdraw as counsel to defendants in this action.]

19 November 2007
DATE    VICTOR MARRERO, U.S.D.J.

## DECLARATION OF SERVICE

Ania M. Wroblewska, an attorney duly admitted to practice before the Courts of the state of New York as well as before the Southern District of the U.S. District Court of New York, states the following under penalty of perjury:

1. I am an Associate at the Law Offices of Paul A. Lange, LLC, counsel to Defendant SHUTTLE AMERICA CORPORATION, d/b/a UNITED EXPRESS, and REPUBLIC AIRWAYS HOLDINGS INC., in this action;

2. That on this 26th day of September, 2007, I served the enclosed Motion by mailing a true copy thereof via First Class U.S. Mail to:

    Robert J. Spragg, Esq.
    Megan Benett, Esq.
    Kreindler & Kreindler, LLP
    100 Park Avenue
    New York, NY 10017

3. I declare under the penalty of perjury that the foregoing is true and correct

_____
Ania M. Wroblewska