UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x   Civil No. 07 CIV 4853 (SCR)

RICO FERRO and ANGELINA S. FERRO,

          Plaintiffs,

-- against –

SHUTTLE AMERICA CORPORATION,
d/b/a UNITED EXPRESS, and
REPUBLIC AIRWAYS HOLDINGS INC.,

          Defendants.

------------------------------------------------ x

~~PROPOSED~~ **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of PAUL A. LANGE attorney for Defendants, SHUTTLE AMERICA CORPORATION and REPUBLIC AIRWAYS HOLDINGS INC., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John G. McAuley |
| Firm Name: | ADLER MURPHY & McQUILLEN LLP |
| Address: | One North LaSalle Street, Suite 2300 |
| City/State/Zip: | Chicago, Illinois 60602 |
| Telephone/Fax: | (312) 345-0700 / (312) 345-9860 |
| Email Address: | jmcauley@amm-law.com |

is admitted to practice pro hac vice as counsel for Defendants SHUTTLE AMERICA CORPORATION and REPUBLIC AIRWAYS HOLDINGS INC. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 21, 2008
City, State: White Plains, NY

SO ORDERED:

_____
United States District/~~Magistrate~~ Judge
Hon. Stephen C. Robinson, USDJ.